UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:19-CR-8 (VLB)** |
| v. | |
| **LILIBETH PEREZ** | September 9, 2020 |

## MEMORANDUM IN AID OF SENTENCING

From December 2017 through December 2018, Jonell Bonilla, and his co-conspirators, including the defendant, operated a "card-cracking" scheme. Primarily through social media, but also through word of mouth, the defendant along with her codefendants, including Bonilla, recruited account holders to provide the defendants access to account holders' bank accounts. Once the coconspirators had access, they deposited fraudulent and fictitious checks into the account and withdrew cash before the bank identified the deposited check as fraudulent. The Government has been able to identify 5 fraudulent check deposits attributable to the defendant, for which the total loss amount is $16,434.31. A more detailed overview of this scheme is included in the PSR as well as the Government's sentencing memorandum as to Bonilla. *See* Doc. No. 220.

The Government agrees with the Guidelines calculation set out in the PSR. The defendant's total offense level is 9. PSR ¶ 37. With a criminal history category of I, PSR ¶ 41, the imprisonment range is 4 to 10 months, ¶ PSR ¶ 76.

Restitution as set out in the plea agreement is as follows:

> In addition to the other penalties provided by law, the Court also order that the defendant make restitution under 18 U.S.C. § 3663A, and the Government reserves its right to seek restitution on behalf of victims consistent

1

with the provisions of § 3663A The scope and effect of the order of restitution are set forth in the attached Rider Concerning Restitution. Restitution is payable immediately unless otherwise ordered by the Court.

The amount of restitution the Court is required to order per 18 U.S.C. § 3663A is $16,434.31 as described in paragraph 86 of the PSR.

Based on the offense conduct, the PSR, as well as the record as a whole, the Government respectfully requests a sentence sufficient, but not greater than necessary, to comply with the purposes of a criminal sanction.[1] *See* 18 U.S.C. § 3553(a).

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____/s/_____
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07973
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3735
John.Pierpont@usdoj.gov

---

[1] Of note, the defendant has had difficulty while on pretrial supervision. *See* PSR ¶¶ 5-10. The Government respectfully requests that the Court impress upon the defendant the importance of complying with any and all conditions the Court imposes as a part of her sentence.

2

**CERTIFICATION**

    I hereby certify that on September 9, 2020, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                       /s/
                                          JOHN T. PIERPONT, JR.
                                          ASSISTANT UNITED STATES ATTORNEY